IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM OTIS JAMES BROWN, )
          Petitioner, )
           )
          v. )   1:05CV281
           )   1:03CR171-1
UNITED STATES OF AMERICA, )
           )
          Respondent. )

### **J U D G M E N T**

On July 26, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that respondent's motion to dismiss (docket no. 3) is granted, that petitioner's motion to vacate, set aside or correct sentence (docket no. 1) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

/s/ William L. Osteen
United States District Judge

August 25, 2005